# Court of Appeals
# of the State of Georgia

ATLANTA, October 06, 2017

*The Court of Appeals hereby passes the following order:*

### A18A0386. CHERYL OLIVER v. HANCOCK COUNTY SCHOOL DISTRICT.

Cheryl Oliver, proceeding pro se, filed suit against the Hancock County School District, the district superintendent, and a former coworker, challenging her termination and raising related claims. On June 16, 2017, the trial court granted the defendants' motion to dismiss the complaint. On July 18, 2017, Oliver filed a notice of appeal in the trial court. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the order sought to be appealed. OCGA § 5-6-38 (a). Here, Oliver filed her notice of appeal 32 days after entry of the trial court's June 16 order. "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 10/06/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.